### 10242. · SLACK v. PETTIGREW et al.

LUKE, J. Upon the petition for certiorari and the answer thereto the judge of the superior court did not err in overruling the certiorari as to all the defendants therein named except Jim Booker. See *Citizens Bank of Fitzgerald* v. *Rudisill*, 4 *Ga. App.* 37 (5), 42 (60 S. E. 818). *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
                    DECIDED APRIL 16, 1919.

Certiorari; from Morgan superior court—Judge Park. November 18, 1918.

Suit for money had and received was brought in a justice's court against officers of a lodge by a deceased member's widow, who contended that as his nearest relative she was entitled on his death to certain money from the lodge which was paid to others instead of to herself. There was evidence that Jim Booker, the treasurer of the lodge, who was one of the defendants, paid the money in question to persons other than the plaintiff, and that some of it was turned over by him to Perry, another defendant, and paid over by Perry under his direction. It does not appear that when Perry paid out the money he knew that it belonged to or was claimed by the plaintiff. The defendants other than Perry testified that they did not receive any of the money and had nothing to do with its payment. The trial of the case by a jury in the justice's court resulted in a verdict for the defendants. The judge of the superior court, on certiorari, granted a new trial as to Jim Booker, but overruled the certiorari as to the other defendants. The plaintiff excepted to this judgment.

*M. C. Few,* for plaintiff.